UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CENTER FOR BIOLOGICAL DIVERSITY,

    *Plaintiff*,

          v.                          Case No: 25-cv-21190-AHS

U.S. FISH AND WILDLIFE SERVICE;
DOUG BURGUM, in his official capacity as
Secretary of the Interior; and PAUL SOUZA
in his official capacity as Acting Director of the U.S. Fish
and Wildlife Service,

    *Defendants*.
_____

**CENTER FOR BIOLOGICAL DIVERSITY'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

    Pursuant to the paperless order entered March 14, 2025 in the above-styled action, Center for Biological Diversity, through its undersigned counsel, certifies the following:

    1.    Center for Biological Diversity is an environmental non-profit organization that has no parent companies or associated persons, firms, partnerships, or corporations, including subsidiaries, conglomerates, affiliates or other identifiable legal entities that have a financial interest in the outcome of this case.

    2.    Center for Biological Diversity is not aware of any other persons, associated persons, firms, partnerships, or corporations, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to any party in this case that have a financial interest in the outcome of this case.

1

Dated: March XX, 2025

Respectfully submitted,

*/s/ Rachael Curran*
Rachael Curran (FL Bar No. 1002221)
rcurran1@law.stetson.edu
Jacobs Public Interest Law Clinic for Democracy and the Environment,
Stetson University College of Law
1401 61s t St. S.
Gulfport, Florida 33707
(727) 537-0802

*/s/ Jaclyn Lopez*
Jaclyn Lopez (FL Bar No. 96445)
jmlopez@law.stetson.edu
Jacobs Public Interest Law Clinic for Democracy and the Environment,
Stetson University College of Law
1401 61s t St. S.
Gulfport, Florida 33707
(727) 490-9190

*Attorneys for Petitioners*