UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-21190-SINGHAL

CENTER FOR BIOLOGICAL
DIVERSITY,

v.

U.S. FISH AND WILDLIFE SERVICE, *et al.*
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants U.S. Fish and Wildlife Service, Doug Burgum, and Paul Souza (collectively, "Defendants"), hereby move for an extension of time, through June 30, 2025, to respond to Plaintiff's Complaint in this action. In support of this motion, Defendants state the following:

1. Plaintiff filed this lawsuit on March 13, 2025.

2. In its Complaint, Plaintiff seeks relief under the citizen-suit provision of the Endangered Species Act and under the Administrative Procedure Act for the U.S. Fish and Wildlife Service's alleged failure to meet certain procedural deadlines under the Endangered Species Act.

3. Specifically, Plaintiff raises claims about alleged missed deadlines as to the following eleven species: Florida Keys mole skink; Rim Rock crowned snake; Key ring-necked snake; Big Pine partridge pea; Wedge spurge; Sand flax; Blodgett's silverbush; Everglades bully; Florida pineland crabgrass; Pineland sandmat; and Florida prairie-clover.

4. Plaintiff filed proof of service on the docket (ECF 7) indicating that the U.S. Attorney's Office for the Southern District of Florida was served with the summons

1

and complaint on March 17, 2025. Therefore, pursuant to Fed. R. Civ. P. 12(a)(2), Defendants presently have until May 16, 2025, to respond to Plaintiff's complaint.

5. Defendants require additional time to consider the allegations in the complaint and evaluate their response.

6. Factors contributing to Defendants' need for additional time include the number of species at issue in Plaintiff's complaint and the recent change in administration.

7. Defendants have not previously sought or been granted an extension of time to respond to the complaint.

8. Good cause exists to grant Defendants' requested extension because the extension will allow Defendants sufficient time to consider their response and aid in the efficient resolution of this case.

9. This motion is made in good faith and not for purposes of delay.

10. The undersigned counsel conferred with counsel for Plaintiff on this request on May 2, 2025. The undersigned is authorized to represent that Plaintiff does not oppose Defendants' request for a 45-day extension of time to respond to the complaint.

WHEREFORE, Defendants respectfully move for a 45-day extension of time, through and including June 30, 2025, to respond to Plaintiff's complaint. A proposed Order granting such relief is attached.

Dated: May 5, 2025

                                        Respectfully submitted,

                                        ADAM R.F. GUSTAFSON,
                                        Acting Assistant Attorney General
                                        U.S. Department of Justice
                                        Environment & Natural Resources Division
                                        NICOLE M. SMITH, Assistant Section Chief

/s/Sara M. Warren
SARA M. WARREN (GA Bar No. 966948)
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel:	(202) 307-1147
Fax:	(202) 305-0275
Email:	sara.warren@usdoj.gov

*Attorneys for Defendants*